IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ROLLAND SEAN TOWLES, AIS      )
# 279634,                     )
                              )
     Plaintiff,               )
                              )       CIVIL ACTION NO.
     v.                       )        2:14cv962-MHT
                              )           (WO)
ALABAMA DEPARTMENT OF         )
CORRECTIONS and BULLOCK       )
COUNTY,                       )
                              )
     Defendants.              )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit complaining about physical injuries he sustained when he slipped and fell on stairs that were wet due to a leaking roof at the prison.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes

that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 4th day of November, 2014.

                    /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE